IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

_____

DONNA KIKKERT,

                Petitioner,                      ORDER

   v.                                            07-cv-705-jcs

SUZANNE SCHMITT,

                Respondent.

_____

    Petitioner filed a petition for a writ of habeas corpus under 28 U.S.C. § 2254 challenging her 2006 Oneida County Court conviction. She moves for appointment of counsel. This motion will be stayed until a responsive pleading is filed.

    Petitioner also moves to disqualify respondent's counsel because of the Attorney General's previous representation of the respondent. This motion will be denied.

ORDER

    IT IS ORDERED that petitioner's motion for appointment of counsel is STAYED until a responsive pleading is filed.

    IT IS FURTHER ORDERED that petitioner's motion to disqualify respondent's counsel is DENIED.

    Entered this 2nd day of January, 2008.

                            BY THE COURT:

                            /s/
                        JOHN C. SHABAZ
                        District Judge