IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN
_____

DONNA KIKKERT,

                Petitioner,                ORDER

   v.                                        07-cv-705-jcs

SUZANNE SCHMITT,

                Respondent.
_____

    Petitioner filed a petition for a writ of habeas corpus under 28 U.S.C. § 2254 challenging her 2006 Oneida County Court conviction. She moves for release pending disposition of her writ of habeas corpus. This motion will be denied.

                           ORDER

    IT IS ORDERED that petitioner's motion for release pending disposition of her writ for habeas corpus is DENIED.

    Entered this 4th day of January, 2008.

                                BY THE COURT:

                                _____/s/_____
                                JOHN C. SHABAZ
                                District Judge