IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

---

DONNA KIKKERT,

          Petitioner,          ORDER

   v.                                   07-cv-705-jcs

SUZANNE SCHMITT,

          Respondent.

---

    Petitioner filed a petition for a writ of habeas corpus under 28 U.S.C. § 2254 challenging her 2006 Oneida County Court conviction. She asks that the writ be issued because respondent failed to respond to her petition. Since the respondent was served on December 27, 2007 her response is to be filed not later than January 18, 2008. Petitioner's request to issue the writ will be denied.

ORDER

    IT IS ORDERED that petitioner's motion to issue her writ for habeas corpus at this time is DENIED.

    Entered this 16th day of January, 2008.

                            BY THE COURT:

                            /s/
                        JOHN C. SHABAZ
                        District Judge