IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

DONNA KIKKERT,

          Petitioner,                       ORDER

    v.                                        07-cv-705-bbc

SUZANNE SCHMITT, Superintendent,
Robert E. Ellsworth Correctional Center,

          Respondent.

---

      This petition for a writ of habeas corpus is ripe for determination. (Because Judge Shabaz will be convalescing from shoulder surgery for a period of not less than sixty days beginning February 1, 2008, Judge Crabb has assumed administration of the cases previously assigned to him, including this one.) One of the issues in this case is the constitutionality of the circuit court's post-revocation sentence. To properly adjudicate this claim, it is necessary for the court to review the transcript of the January 6, 2006 sentencing hearing. Accordingly, respondent is ordered to submit a copy of the January 6, 2006 sentencing hearing not later than February 29, 2008.

      Entered this 19th day of February, 2008.

                                                         BY THE COURT:

                                                         /s/

                                                         STEPHEN L. CROCKER
                                                         Magistrate Judge