IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

DONNA KIKKERT,

                Petitioner,                          ORDER

    v.                                                  07-cv-705-bbc

SUZANNE SCHMITT, Superintendent,
Robert E. Ellsworth Correctional Center,

                Respondent.

---

      On March 14, 2008 this court entered a Report and Recommendation in this case. The cover letter sent to the parties incorrectly indicated the date for filing objections to be August 4, 2008, rather than April 4, 2008 as intended. Therefore,

      It is ORDERED that objections to the Report and Recommendation filed in this case are to be filed no later than April 4, 2008.

      Entered this 18th day of March, 2008.

                                          BY THE COURT:

                                          /s/

                                          STEPHEN L. CROCKER
                                          Magistrate Judge